IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **JEFFREY BRANSON,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | Civil Action No. 7:24-cv-00002-O |
| **MUD TRANS, INC.,** *et al.*, | § § § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (ECF No. 5) is **GRANTED** in part, except that Plaintiff's request for attorney's fees is **DENIED**, and this case is **REMANDED** to the 50th Judicial District Court of Baylor County, Texas, bearing the Cause No. 11867.

**SO ORDERED on this 25th day of April, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE